UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

203 EAST FORDHAM LLC,

                                  Plaintiff,

                -v-

JAKO ENTERPRISES, LLC,

                                  Defendant.

---

24 Civ. 2264 (VM)

ORDER

VICTOR MARRERO, District Judge:

Plaintiff 203 East Fordham LLC filed an Amended Complaint in the above-captioned matter on April 22, 2024. (Dkt. No. 9.) Defendant Jako Enterprises, LLC filed an Answer to the Amended Complaint and Counterclaims on May 6, 2024. (Dkt. No. 10.) On May 28, 2024, 203 East Fordham LLC filed an Answer to the Counterclaims. (Dkt. No. 11.)

The parties are hereby directed to submit a joint letter, within thirty (30) days of the date of this Order, addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Case Management Plan that provides that discovery is to be completed within four months unless otherwise permitted by the Court. A model Case

Management Plan is attached hereto and is also available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

_____
Victor Marrero
U.S.D.J.

Dated:    3 June 2024
          New York, New York