**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

203 EAST FORDHAM LLC,

                Plaintiff,

    -v-

JAKO ENTERPRISES, LLC,

                Defendant.

**24 Civ. 2264 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge:**

    The Court is in receipt of defendant Jako Enterprises, LLC's ("Jako") letter dated April 23, 2025, requesting a pre-motion conference on its intended motion to dismiss. (See Dkt. No. 26.) The Court hereby directs the parties to comply with this Court's Individual Rule II.B. Accordingly, the Court denies Jako's request for a pre-motion conference without prejudice to renew upon the completion of the letter exchange practice outlined in Individual Rule II.B.

**SO ORDERED.**

Dated:    April 25, 2025
             New York, New York

                                                    Victor Marrero
                                                      U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/25/25