USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/26/25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

203 EAST FORDHAM LLC,

                        Plaintiff,

-v-

JAKO ENTERPRISES, LLC,

                        Defendant.

**24 Civ. 2264 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge:**

    The Court is in receipt of Plaintiff 203 East Fordham LLC's letter dated June 25, 2025, requesting a 45-day extension of discovery deadlines. (See Dkt. No. 40.) The Court hereby directs Plaintiff to direct its request to the Magistrate Judge, as the request is within the scope of the existing Referral Order. (See Dkt. No. 38.)

**SO ORDERED.**

Dated:    June 26, 2025
               New York, New York

                                                  Victor Marrero
                                                  U.S.D.J.