UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

203 EAST FORDHAM LLC,

        Plaintiff,

-against-

JAKO ENTERPRISES, LLC,

        Defendant.

24-CV-2264 (VM) (BCM)

**ORDER REGARDING GENERAL PRETRIAL MANAGEMENT AND MOTION CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

This action has been referred to Magistrate Judge Barbara Moses for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions (including plaintiff's contemplated motion to amend the complaint (Dkt. 36) and defendant's letter-motion to compel and for discovery sanctions (Dkt. 34)), and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). All pretrial motions and applications, including those related to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification under Fed. R. Civ. P. 23) must be made to Judge Moses and in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses.

## The Contemplated Motions

The Court has received and reviewed (1) defendant's letter-motion requesting an order compelling Fordham and Chera to designate a competent Rule 30(b)(6) witness and for Rule 37 discovery sanctions, as well as plaintiff's responding letter (Dkts. 34, 37); (2) plaintiff's letter-motion requesting leave to file a Second Amended Complaint, and defendant's letter in opposition (Dkts. 37, 39); and (3) plaintiff's letter-motion for a 45-day discovery extension (Dkt. 40). The Court will hold an in-person conference regarding all three motions on **July 8, 2025, at 11:00 a.m.**, in Courtroom 20A, 500 Pearl Street, New York, New York 10007.

## Judge Moses's Pre-Trial Practices

Parties and counsel are cautioned:

1.	Discovery applications, including letter-motions requesting discovery conferences, must be made promptly after the need for such an application arises and must comply with Local Civil Rule 37.2 and § 2(b) of Judge Moses's Individual Practices. It is this Court's practice to decide discovery disputes at the Rule 37.2 conference, based on the parties' letters, unless the Court determines that more formal briefing is required. Absent extraordinary circumstances, discovery applications made later than 30 days prior to the close of discovery will be denied as untimely.

2.	Pre-motion conferences are not required, but may be requested where counsel believe that an informal conference with the Court may obviate the need for a motion or narrow the issues.

3.	Requests to adjourn a court conference or other court proceeding (including a telephonic court conference), or to extend a deadline, must be made in writing and in compliance with § 2(a) of Judge Moses's Individual Practices. Telephone requests for adjournments or extensions will not be entertained.

4.	In accordance with § 1(d) of Judge Moses's Individual Practices, letters and letter-motions are limited to four pages, exclusive of attachments. Courtesy copies of letters and letter-motions filed via ECF are required only if the filing contains voluminous attachments. Courtesy copies should be delivered promptly, should bear the ECF header generated at the time of electronic filing, and should include tabs for the attachments.

5.	In accordance with § 2(b) of Judge Moses's Individual Practices, letter-motions must set forth verbatim each discovery request and response in contention in accordance with Local Civ. R. 37.1 and 5.1. This requirement may be satisfied by attaching the relevant request(s)

and response(s) to the letter-motion. However, counsel should not submit an entire set of discovery requests and responses if only a few are in dispute. **To satisfy this requirement for the current discovery dispute, defendant must submit a copy of the Althkefati deposition transcript to the Court – with the relevant testimony highlighted – no later than July 1, 2025, at 5:00 p.m**.

Dated: New York, New York
       June 27, 2025

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**