UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ x
                                                             :
203 EAST FORDHAM LLC,                                        :  Case No. 1:24-cv-2264 (VM)
                                                             :
                    Plaintiff,                               :
                                                             :
         - against -                                         :
                                                             :
JAKO ENTERPRISES, LLC d/b/a SNIPES,                          :
                                                             :
                    Defendant.                               :
------------------------------------------------------------ x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/30/25__

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW APPEARANCE

Upon the reading and filing of the Motion to Withdraw Appearance for Daniel R. Benson, it is:

ORDERED, that, pursuant to Rule 1.4(b) of the Local Rules of the Southern District of New York, Daniel R. Benson is hereby permitted to withdraw as counsel of record for Plaintiff;

ORDERED, that the Clerk shall amend the docket and other court records to reflect the withdrawal of Daniel R. Benson as counsel of record for Plaintiff;

ORDERED, that Daniel R. Benson shall be removed from all electronic and other service lists in the Court's records for this matter.

**IT IS SO ORDERED**

Dated: June 30, 2025
      New York, New York

_____
Barbara Moses
United States Magistrate Judge