```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                                             :
203 EAST FORDHAM LLC,                                        :
                                                             : Case No. 1:24-cv-2264 (VM)
                Plaintiff,                                   :
                                                             :
        - against -                                       :
                                                             :
JAKO ENTERPRISES, LLC d/b/a SNIPES,                          :
                                                             :
                Defendant.                                   :
------------------------------------------------------------ x

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW APPEARANCE

Upon the reading and filing of the Motion to Withdraw Appearance for Daniel R. Benson, it is:

ORDERED, that, pursuant to Rule 1.4(b) of the Local Rules of the Southern District of New York, Daniel R. Benson is hereby permitted to withdraw as counsel of record for Plaintiff;

ORDERED, that the Clerk shall amend the docket and other court records to reflect the withdrawal of Daniel R. Benson as counsel of record for Plaintiff;

ORDERED, that Daniel R. Benson shall be removed from all electronic and other service lists in the Court's records for this matter.

**IT IS SO ORDERED**

Dated: June 30, 2025

                                                        _____
                                                         Victor Marrero
                                                           U.S.D.J.