# KASOWITZ LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/25

1633 BROADWAY
NEW YORK, NEW YORK 10019
(212) 506-1700
FAX: (212) 506-1800

ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON DC

**MEMO ENDORSED**

> Application GRANTED to the extent that plaintiff may file the Althkefati Transcript under electronic seal as part of its sealing motion, which must comply with Moses Ind. Prac. § 3(a)-(c) and § 6 of the SDNY ECF Rules & Instructions. Per Moses Ind. Prac. § 3(e), the sealing request must be "narrowly tailored" and otherwise meet the standards set forth in *Lugosch* and its progeny. General references to "commercially sensitive issues" rarely justify sealing an entire deposition transcript.
>
> *[signature]*
> Barbara Moses
> United State Magistrate Judge
> July 1, 2025

**VIA ECF**

Hon. Barbara C. Moses
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *203 East Fordham LLC v. Jako Enterprises, LLC*, No. 24-cv-2264 (VM)

Dear Magistrate Judge Moses:

    We represent Plaintiff 203 East Fordham LLC ("Plaintiff") and write pursuant to Paragraph 3.f of the Your Honor's Individual Practices to request that the deposition transcript of Plaintiff's managing member, Yousef Althkefati (the "Althkefati Transcript"), be filed under seal by defendant Jako Enterprises LLC's ("Defendant").

    By order dated June 27, 2025, Your Honor directed Defendant to "submit a copy of the Althkefati deposition transcript to the Court – with the relevant testimony highlighted – no later than July 1, 2025, at 5:00 p.m." (Dkt. 42 at ¶ 5.) However, the Althkefati Transcript was designated "Confidential" pursuant to the Confidentiality Stipulation and Protective Order entered in this case (Dkt. 17). As a result of the confidential designation, the parties jointly called the Court today and requested that the Althkefati Transcript be submitted to the Court via courier and not filed on PACER. The Court's law clerk declined and directed Plaintiff to file this letter application to maintain the confidentiality of the Althkefati Transcript.

    The Althkefati Transcript has been designated confidential because it contains detailed testimony concerning a number of commercially sensitive issues for Mr. Althkefati, as well as Plaintiff and non-party Fordham Chera Acquisition LLC ("Fordham Chera"), including but not limited to: (i) Mr. Althkefati and his co-members respective interest in Plaintiff; (ii) properties owned by Mr. Althkefati and his co-members unrelated to this dispute; and (iii) Mr. Althkefati and his co-members' business practices, including with respect to matters beyond the scope of this lawsuit. Given the commercially sensitive nature of the information contained in the Althkefati Transcript, Plaintiff respectfully requests that the Court permit the Althkefati Transcript to be filed under seal, consistent with its confidential designation.

    We thank the Court for its consideration of this request.

K ASOWITZ LLP

                                        Respectfully submitted,

                                        Joshua A. Siegel

Cc:    All counsel of Record via ECF