UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

203 East Fordham, LLC and Fordham Chera Acquisition LLC,

    Plaintiffs,

-against-

Jako Enterprises, LLC,

    Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/25
```

24-CV-2264 (VM) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed on the record during today's status conference:

1. The fact discovery deadline is hereby EXTENDED to **October 17, 2025**, solely for the purpose of permitting defendant to obtain documents from, and take the deposition of, non-party Steven Gambino. The parties are expected to cooperate to schedule the Gambino deposition for a date and time reasonably convenient to the witness and to all counsel. The expert discovery schedule remains unchanged.

2. Defendant's request for an order compelling plaintiffs to produce additional documents is DENIED.

3. Judge Moses will conduct a further status conference on **January 28, 2026 at 10:00 a.m.** No later than **January 21, 2026**, the parties must submit a joint status update letter outlining the progress of discovery, the parties' settlement efforts, and their anticipated summary judgment motions, if any.

Dated: New York, NY
      October 6, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**