UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/27/26__

203 EAST FORDHAM LLC AND
FORDHAM CHERA ACQUISITION LLC,

    Plaintiffs,

    -against-

JAKO ENTERPRISES, LLC,

    Defendant.

24-CV-2264 (VM) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Discovery having been concluded, and at least one party having informed the Court that it wishes to move for summary judgment, it is hereby ORDERED that:

1.    No later than **March 16, 2026**, any party wishing to move for summary judgment must submit a pre-motion letter to the Hon. Victor Marrero, United States District Judge, describing the basis for the proposed motion and explaining why, in that party's view, summary judgment would be an efficient means of resolving all or a substantial portion of this action.

2.    No later than **March 23, 2026**, the opposing party or parties may submit a responding letter, stating whether the motion will be opposed and/or crossed, and the basis for the opposition and/or cross-motion. The responding party may also address whether summary judgment would be an efficient means of resolving all or a substantial portion of this action.

3.    Each letter is limited to five pages, in 12-point or larger type.

Dated: New York, NY
      February 27, 2026

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**