USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__4/24/26__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| 203 EAST FORDHAM LLC AND FORDHAM CHERA ACQUISITION LLC, | **24-CV-2264 (VM)** |
| Plaintiffs, | **ORDER** |
| - against - | |
| JAKO ENTERPRSISES LLC, | |
| Defendant. | |

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of the parties' pre-motion letters concerning their contemplated motions for summary judgment. (See Dkt. Nos. 79-82.) The Court is persuaded that summary judgment would be an efficient means of resolving all or a substantial portion of this action. Accordingly, the parties are hereby directed to submit a joint proposed briefing schedule on their contemplated motions for summary judgment within ten (10) days of the date of this Order.

**SO ORDERED.**

Dated:    24 April 2026
          New York, New York

_____
          Victor Marrero
          U.S.D.J.